No. 466. JACOB P. TETER *v.* UNITED STATES. October 18, 1926. Petition for a writ of certiorari to the Circuit

Court of Appeals for the Seventh Circuit denied. *Mr. L. Ert. Slack* for petitioner. *Solicitor General Mitchell* and *Mr. Alfred A. Wheat* for the United States.